UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEAN EUGENE LARIMER, )<br>)<br>Defendant. ) | Case No.: 2:23-mj-1020-EJY<br><br>**ORDER QUASHING WARRANT AND RESCHEDULING INITIAL APPEARANCE** |

On June 17, 2024, Defendant's state probation officer contacted the Court advising that Defendant is going to be placed in the State of Nevada's Moderate Offenders Program, which will be for one (1) year.

Based on the foregoing, **IT IS HEREBY ORDERED** that the warrant issued on April 23, 2024 is **QUASHED**. Sean Eugene Larimer must appear for his Initial Appearance Hearing at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101 on **Thursday, July 10, 2025 at 9:30 AM** in LV Courtroom 3D before Magistrate Judge Elayna J. Youchah.

DATED this 18th day of June 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE